[Decided March 22, 1897.]

## PLATTER *v.* UMPHLETT.

From Josephine: H. K. HANNA, Judge.

A. H. H. Platter and others sought to enjoin Alonzo Umphlett and others from using or diverting the waters flowing in certain channels on the land of plaintiffs. There was a decree for plaintiffs, from which defendants appeal.

*Messrs. Francis Fitch* and *Willard Crawford,* for appellants.

*Messrs. Davis Brower* and *Webster & Hammond,* for respondents.

Decree was affirmed on motion, the appellants being in default in not serving a brief. No opinion.

AFFIRMED.

[Decided April 5, 1897.]

## BELL *v.* TOWN OF PRINEVILLE.

From Crook: W. L. BRADSHAW, Judge.

Action by M. H. Bell to recover from the Town of Prineville the amount of the costs and disbursements in a certain suit on the ground that defendant had promised to pay them if the plaintiff would dismiss such suit, which he had done. Plaintiff appeals from an order sustaining a demurrer to the complaint.

*Mr. George W. Barnes* and *Wells Bell,* for appellant.

*Mr. J. T. Moore,* for respondent.

On motion of respondent the judgment of the lower court was affirmed for failure of the appellant to file the abstract of the record required by the rules of the court.   No opinion.

AFFIRMED.


[Decided April 5, 1897.]

## CONNOR *v.* LAMBERT.

APPEAL from Crook County.

Suit by Connor Brothers against N. J. Lambert to enjoin the use of certain waters.   There was a decree for plaintiffs, from which defendant appeals.

*Mr. George W. Barnes,* for appellant.

*Mr. J. F. Moore,* for respondent.

This is a companion case to *Connor* v. *Clark,* 30 Or. 382, and the appeal was dismissed on the authority of the prior decision.   No opinion.

DISMISSED.